RECEIVED IN
CHAMBERS OF
MAR 12 2024
RENÉE MARIE BUMB, U.S.D.J.

MARCH 5TH 2024

Dear Honorable Judge Bumb

I hope this letter reaches you and you hear my plea and concerns. I've written you many letters over the years, and you've never responded to me. It's been nearly 6 years I'm incarcerated and a lot has happened. My father died in 2022, my sister's (MS) multiple sclerosis has escalated severely, and I suffer from chronic prostatitus of my prostate. For over 2 1/2 years the B.O.P. has neglected to properly care for my illness. It has caused me severe stress and pain on a daily basis. Generic B.O.P. medication trials have failed and I desperately need surgery to improve and or fix my condition. The B.O.P. downplays my symptons with excuse after excuse, meanwhile I suffer daily untreated. It's inhumane to live like this on a constant basis. Struggling to urinate, losing sleep, rendering

(2)

ME HELPLESS AT TIMES. I WAS HEALTHY AND VIBRANT WHEN I ENTERED PRISON, NOW 44 YEARS OLD I STRUGGLE TO FUNCTION DAILY WITH SIMPLE EVERYDAY TASKS DUE TO CONSTANT PAIN AND TRIPS TO THE BATHROOM. I NEED HELP AND PROPER MEDICAL CARE BEFORE MY SITUATION BECOMES WORSE AND I DEVELOP PROSTATE CANCER. ONCE I AM TREATED AT AN OUTSIDE HOSPITAL, I CAN THEN WORK AGAIN AND CARE FOR MY SISTER WHO ALSO DESPERATELY NEEDS ME HOME NOW. MY MOTHER AND AUNT ARE TOO OLD AND INCAPABLE OF TAKING CARE OF MY SISTER'S MANY NEEDS, WHERE MY PRESENCE MAKES A WORLD OF DIFFERENCE AND TAKES THE BURDEN OFF OF MY MOTHER AND AUNT'S SHOULDERS! I AM THE "ONLY" IMMEDIATE MALE LEFT IN MY FAMILY. MY FAMILY NEEDS ME NOW. MY ATTORNEY MS. ALISON BRILL WILL BE FILING IN YOUR COURT FOR A

(3)

SENTENCE REDUCTION AND OR COMPASSIONATE RELEASE MOTION, WHERE I AGREE "EXTRAORDINARY AND COMPELLING" REASONS EXIST TO WARRANT THAT REDUCTION. THE DECISION IS ULTIMATELY YOURS. IM NEARING THE COMPLETION OF R.D.A.P. AT FAIRTON N.J. F.C.I. I'VE DONE OVER 3,000 HOURS OF PRODUCTIVE PROGRAMMING INCLUDING NEARLY 1,900 HOURS (2) YEARS OF WORK IN UNICOR INDUSTRIES. MY INSTITUTIONAL RECORD IS NEARLY IMMACULATE WITH "1" INCEDENT REPORT IN 6 YEARS. I KNOW YOU FELT I MANIPULATED YOU IN THE PAST, I CAN'T CHANGE YOUR BELIEF ON THAT. I PAYED DEARLY FOR THAT YOUR HONOR. I LOST MORE THAN WANTED TO BARE, BUT EVEN WORSE MY FAMILY SUFFERS TOO MORE AND MORE WITH MY ABSENCE. MY HEALTH IS AT GREAT RISK UNTREATED LIKE THIS. MY FUTURE ABILITY TO HAVE CHILDREN IS ALSO AT RISK.

(4)

Humbly I ask you to grant the motion my attorney will submit so I can go to a hospital, have surgery, recover, return to work and help my family. Increase my supervised release if need be, home-confinement other than work or medical visits, I'll do anything you deem suitable. Living in prison with chronic prostatitus has been "hell", I wouldn't wish it on my enemies. My release plan is solid, my safety net is strong, my priorities are in order this time. I will "not re-offend" in any way shape or form. I'm no danger to society. I will work, volunteer at my local church G.C.C.C. follow all rules of probation and help my family and contribute to my community. 2 more years in prison only puts my future and health at great risk, which can deem me useless upon my release.

(5)

IF ANYTHING I HAVE EVER SAID TO YOU MEANS SOMETHING, PLEASE GIVE ME THIS VERY LAST CHANCE. MY SISTER IS PRISONER IN HER HOUSE DUE TO HER DISABILITIES, SHE NEEDS ME, MY FAMILY NEEDS ME. I WILL NOT FAIL AGAIN, EVER, CANNOT AFFORD TO. LIFE IS A LOT MORE THAN JUST ME AND WHAT I WANT. I'M ASKING FOR MERCY FOR MY HEALTH, SO I CAN GET HEALTHY AGAIN AND TAKE THE BURDEN AWAY FROM MY FAMILY AND BE THE RESPONSIBLE ADULT NECESSARY TO LIVE A PRO-SOCIAL AND LAW-ABIDING LIFE. PLEASE CONSIDER MY REQUEST AND GRANT THE MOTION, I WILL PROVE TO YOU AND MY WHOLE COMMUNITY BY DISPLAYING ALL I'VE LEARNED AND BEING THE HEALTHY "ROLE MODEL" MY FAMILY SO NEEDS. PLEASE CONSIDER ALL THE FACTS UPON YOUR DECISION.

THANK YOU, RESPECTFULLY, MR. MICHAEL FANELLI
#67756-050

MICHAEL FANELLI #67756-050
FEDERAL CORRECTIONAL INSTITUTE
P.O. BOX 420
FAIRTON, N.J. 08320

SOUTH JERSEY NJ 080
7 MAR 2024 PM 4 L

"HONORABLE JUDGE BUMB"
U.S. COURTHOUSE
1 JOHN F. GERRY PLAZA
MITCHELL COHEN BUILDING
CAMDEN, N.J. 08102

LEGAL MAIL

LEGAL MAIL

08102-157101